# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 21, 2022

## NO. 03-20-00095-CV

**Juan Ramon Atilano, Annette Pricilla Diaz, Erika Nicole Romero as Next Friend of Marissa Danielle Atilano and Julian Andrew Atilano, and as Represenative of the Estate of Juan Daniel Atilano, Deceased, Appellants**

**v.**

**Tom Green County, Texas, Appellee**

### APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on November 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.